**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Tavis Tso,<br><br>　　　　　　Defendant. | CR-16-01502-PHX-DGC(DKD)<br><br>**I N D I C T M E N T**<br><br>VIO:　18 U.S.C. §§ 1030(a)(7)(C) & 1030(c)(3)(A)<br>(Fraud and Related Activity in Connection with Computers)<br>Count One<br><br>18 U.S.C. § 1343<br>(Wire Fraud)<br>Counts Two through Eleven<br><br>18 U.S.C. §§ 1030(i) & 1030(j)<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

THE GRAND JURY CHARGES:

## INTRODUCTION

1. The defendant, TAVIS TSO, provided information technology ("IT") services for a company located in Phoenix, Arizona. In June of 2011, TSO set up an account for the company with GoDaddy Operating Company, LLC ("GoDaddy"), an internet domain registrar and web hosting company.

2. In May of 2015, the company decided to update its contact information with GoDaddy. In order to update the company's contact information, staff members from the company contacted TSO and requested the account login information for the company's GoDaddy account.

3. TSO falsely told the company's staff members that he did not have the account login information for the company's GoDaddy account and that he was unable to access the account.

4. From on or about May 28, 2015, to on or about June 13, 2015, TSO accessed the company's GoDaddy account several times and changed the contact information associated with the account in order to defraud the company.

5. On or about June 9, 2015, TSO created two email accounts through Microsoft in order to defraud the company.

6. On or about June 12, 2015, TSO made changes to the company's GoDaddy account that resulted in the company's website being redirected to a blank page and the domain's email becoming unavailable to the company's staff members for incoming messages.

7. On or about June 12, 2015, TSO told staff members from the company that he could have the website returned to normal in exchange for $10,000. The company refused the offer, and the company's website was subsequently redirected to www.teengaydick.com.

**COUNT ONE**
**Fraud and Related Activity in Connection with Computers**
**18 U.S.C. §§ 1030(a)(7)(C) & 1030(c)(3)(A)**

8. The factual allegations from paragraphs 1 through 7 are incorporated herein by reference and re-alleged as though fully set forth herein.

9. On or about June 12, 2015, in the District of Arizona, the defendant, TAVIS TSO, with intent to extort money from another person, did knowingly and intentionally transmit in interstate commerce a communication containing a demand or request for money in relation to damage to a protected computer, where such damage was used to facilitate the extortion.

All in violation of Title 18, United States Code, Sections 1030(a)(7)(C) and 1030(c)(3)(A).

## COUNTS TWO THROUGH ELEVEN
### Wire Fraud
### 18 U.S.C. § 1343

The factual allegations from paragraphs 1 through 7 are incorporated herein by reference and re-alleged as though fully set forth herein.

10. Beginning around May of 2015 and continuing until at least June of 2016, in the District of Arizona, the defendant, TAVIS TSO, devised and intended to devise a scheme to defraud the company, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, to wit—falsely claiming that he was unable to access the company's GoDaddy account.

11. On or about each of the dates listed below, in the District of Arizona, the defendant, TAVIS TSO, for the purposes of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce certain writings, pictures, signals, and sounds, as described below, each transmission constituting a separate count:

| Count | Date | Wire Communication |
|---|---|---|
| 2 | May 28, 2015 | Login to GoDaddy (change phone number and email address) |
| 3 | May 28, 2015 | Login to GoDaddy (change company name and phone number) |
| 4 | June 9, 2015 | Login to Microsoft (create email account "green2012grad") |
| 5 | June 9, 2015 | Login to Microsoft (create email account "kevin-sullivan01") |
| 6 | June 9, 2015 | Login to GoDaddy (change email address) |
| 7 | June 9, 2015 | Login to GoDaddy (change contact name and address) |
| 8 | June 11, 2015 | Login to GoDaddy (change email address) |
| 9 | June 11, 2015 | Login to GoDaddy (change address) |
| 10 | June 12, 2015 | Login to GoDaddy (domain contact update request) |
| 11 | June 12, 2015 | Login to GoDaddy (site redirected to www.teengaydick.com) |

All in violation of Title 18, United States Code, Section 1343.

## **FORFEITURE ALLEGATION**

12.     As a result of committing the offenses listed in Counts One through Eleven of this Indictment, the defendant, TAVIS TSO, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1030(i)(1), and 28 U.S.C. 2461(c), the defendant's interest in any personal property that was used or intended to be used to commit or facilitate the commission of the offenses, and any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offenses, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses.

13.     If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1030(i), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Date: December 13, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/

MATTHEW BINFORD
JAMES R. KNAPP
Assistant U.S. Attorneys

- 4 -