ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

MATTHEW BINFORD
Arizona State Bar No. 029019
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, Arizona  85004
Telephone:  (602) 514-7500
Email: Matthew.Binford@usdoj.gov
Email: James.Knapp2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>   v.<br>Tavis Irvin Tso,<br><br>            Defendant. | CR-16-1502-PHX-DGC<br><br>**UNITED STATES'<br>SENTENCING MEMORANDUM** |

The United States agrees with the recommendation set forth in the Presentence Investigation Report ("PSR"), and respectfully asks the Court to impose a sentence of probation.  The victim in this matter also agrees that probation is an appropriate sentence.  (PSR ¶ 16.)  As set forth below, a sentence of probation is reasonable and appropriate under Title 18, United States Code, Section 3553(a).

**I.  THE CRIME.**

Tavis Tso provided information technology ("IT") services for a company located in Phoenix, Arizona.  (PSR ¶ 4.)  In June of 2011, he renewed an account for the company with GoDaddy, LLC ("GoDaddy"), an internet domain registrar and web hosting company.  (PSR ¶ 5.)

In May of 2015, the company decided to update its contact information with GoDaddy.  (PSR ¶ 7.)  In order to update the company's contact information, staff

members from the company contacted Tso and requested the account login information for the company's GoDaddy account.  (PSR ¶ 8.)  Tso falsely told the company's staff members that he did not have the account login information and that he was unable to access the account.  (PSR ¶ 8.)

Tso subsequently accessed the company's GoDaddy account several times and changed the contact information associated with the account.  (PSR ¶¶ 9, 12.)  He also created two email accounts through Microsoft to support his scheme.  (PSR ¶ 12.)  He then made changes to the company's GoDaddy account that resulted in the company's website being redirected to a blank page and the domain's email becoming unavailable to the company's staff members for incoming messages.  (PSR ¶ 9.)

On June 12, 2015, Tso told staff members from the company that he could have the website returned to normal in exchange for $10,000.  (PSR ¶ 11.)  The company refused the offer, and Tso subsequently redirected their website to www.teengaydick.com.  (PSR ¶ 11.)  Customers who attempted to visit the company's website were redirected to the pornography website for several days before the company was able to regain control of its account.  (PSR ¶ 11.)  During the incident, employees at the company had no access to email, significantly impacting business operations.  (PSR ¶ 16.)  Additionally, following the incident, the company was forced to purchase a new domain name and order new business cards, among other expenses.  (PSR ¶ 16.)

**II.     A FOUR-YEAR TERM OF PROBATION IS APPROPRIATE.**

Tso is a college educated, gainfully employed, 39-year-old, with no prior criminal convictions.  (PSR ¶¶ 29–35.)  The conduct here is serious and troubling, but it appears to be out of character for Tso.  Given the fact that this appears to be a one-time lapse in judgment, a term of probation is the best way to address the seriousness of this offense, while affording adequate deterrence to future criminal conduct and protecting the public from future crimes.  The special conditions recommended by the probation officer, including a search condition and a financial condition, should be sufficient to monitor

Tso, in order to ensure compliance with any restitution order and prevent future criminal activity. Additionally, the recommended restitution amount of $9,145 is a substantial amount that will require Tso to think long and hard about his actions in the future.

### III.   CONCLUSION.

The Government respectfully asks the Court to place Tso on probation for four years. The Government also asks the Court to order Tso to pay $9,145 in restitution to the victim. The restitution amount and a four-year term of probation are both within the terms of the plea agreement and are sufficient, but not greater than necessary to comply with the factors set forth under 18 U.S.C. § 3553(a).

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Matthew Binford*
MATTHEW BINFORD
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13th, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark Berardoni
Attorney for Defendant


s/ Matthew Binford
AUSA Matthew Binford